UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE M. ALEXANDER,

      Plaintiff,

v.

           CIVIL ACTION NO. 16-cv-12069

           HON. TERRENCE G. BERG

ANN HOFFMAN, et al.,

           HON. MONA K. MAJZOUB

      Defendants.

_____/

## ORDER ADOPTING REPORT
## AND RECOMMENDATION (DKT. 44)

This matter is before the Court on Magistrate Judge Mona K. Majzoub's January 23, 2018 report and recommendation (Dkt. 44), recommending that Defendant Ann Hoffman's motion to dismiss the official capacity claims against her (Dkt. 33) be granted.

The Court has carefully reviewed the Magistrate Judge's report and recommendation, and finds that it is well-reasoned and supported by the relevant law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). As of this date,

no party filed any objections to the report and recommendation, and the time to do so has now expired.

The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's report and recommendation of January 23, 2018 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's report and recommendation of January 23, 2018 (Dkt. 44) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendant Hoffman's motion to dismiss official capacity claims (Dkt. 33) is **GRANTED**. Plaintiff's official capacity claims against Defendant Hoffman are hereby **DISMISSED**.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: February 14, 2018

### <u>Certificate of Service</u>

I hereby certify that this Order was electronically submitted on February 14, 2018, using the CM/ECF system, which will send notification to each party.

s/A. Chubb_____
Case Manager