UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **D'ANDRE M. ALEXANDER**, <br><br> Plaintiff, <br><br> v. <br><br> **ANN HOFFMAN, et al.** <br><br> Defendants. | 4:16-cv-12069 <br><br> HON. TERRENCE G. BERG <br><br> **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |

The Court has reviewed the motion to proceed *pro se* filed by Plaintiff D'Andre M. Alexander (ECF No. 85), and the motion for leave to withdraw as counsel of record filed by Cale A. Johnson, court-appointed *pro bono* counsel for Plaintiff (ECF No. 90). For the reasons identified by Plaintiff and Mr. Johnson, the Court will **GRANT** both motions and Plaintiff will proceed *pro se*.

**IT IS ORDERED.**

Dated: August 30, 2019    s/Terrence G. Berg
                         TERRENCE G. BERG
                         UNITED STATES DISTRICT JUDGE